IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00237-WYD-MEH

ADESTA COMMUNICATIONS, INC., a Delaware corporation,

      Plaintiff,

v.

LEE ENGINEERING & CONSTRUCTION CO., INC., a Georgia corporation,

      Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

      THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal (docket #14), filed August 2, 2007.  After carefully reviewing the file in the above-captioned matter, I find that the notice should be approved pursuant to Fed. R. Civ. P. 41(a)(1).  Accordingly, it is

      ORDERED that Plaintiff's Notice of Voluntary Dismissal (docket #14), filed August 2, 2007, is **APPROVED.**  It is

      FURTHER ORDERED that this action is **DISMISSED WITHOUT PREJUDICE.**

      Dated:  August 2, 2007

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge